IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| **CLEMENT BRADLEY,** | ) | FILED |
| Plaintiffs, | ) | MARCH 19, 2008   TC |
| | ) | 08CV1598 |
| v. | ) No. | JUDGE CONLON |
| | ) | MAGISTRATE JUDGE NOLAN |
| | ) | |
| **OFFICERS L. GARCIA, STAR #16093,** | ) | |
| **C. SANCHEZ, STAR #12884, and** | ) | |
| **THE CITY OF CHICAGO,** | ) | |
| Defendants. | ) | |

_____

## COMPLAINT

### COUNT I - FALSE ARREST

### JURISDICTION AND VENUE

1. This Court has jurisdiction based on 28 U.S.C. §§1331 and 1343(a) because the case raises federal constitutional issues.

2. The Court has supplementary jurisdiction over substantially related state claims based on 28 U.S.C. 1367(a).

3. This is an appropriate venue because all of the alleged acts occurred within the Northern District of Illinois and all of the parties reside within the Northern District of Illinois.

4. This action is brought pursuant to 42 U.S.C. §1983 for violations of Plaintiff's

constitutional rights under the Fourth Amendment as incorporated and applied to state governments through the Fourteenth Amendment to the United States Constitution.

## PARTIES

5. Plaintiff is a citizen of the United States and resident of Calumet City, Illinois.

6. Defendants, Garcia and Sanchez, were on duty and acting under color of state law at all times relevant to this Complaint.

7. The City of Chicago is a municipality organized under the laws of the State of Illinois and it is the employer of Defendants Garcia and Sanchez.

## THE FOURTH AMENDMENT VIOLATION

8. On April, 21, 2007, Plaintiff was at or near 7700 S. Kingston Ave., Chicago, IL.

9. The Defendants did not have a search warrant for the Plaintiff.

10. The Defendants did not have an arrest warrant for the Plaintiff on April 21, 2007.

11. The Defendants did not witness the Plaintiff violate any law on April 21, 2007.

12. The Defendants ordered the Plaintiff to stop and proceeded to search the Plaintiff.

13. The Defendants proceeded to verbally threaten and curse at the Plaintiff.

14. The Defendants wrote false and misleading police reports alleging that the

Plaintiff was illegally parked, had no insurance for the vehicle, was not wearing a seat belt and possessed narcotics.

15. Ultimately all of the charges in case number 07 CR 10515 were dismissed.

16. As a direct and proximate result of the unconstitutional conduct of the Defendant officers, Plaintiff suffered actual harm.

Wherefore, Plaintiff prays this Honorable Court award him actual and punitive damages as well as costs and reasonable attorneys fees against the defendants.

## COUNT II - STATE MALICIOUS PROSECUTION

1-16. Plaintiff re-alleges paragraphs 1-16 of Count I as paragraphs 1-16 of Count II.

17. Defendants wrote false and misleading police reports regarding the arrest of plaintiff, including but not limited to stating he illegally parked his vehicle, had no insurance for the vehicle, was not wearing a seat belt, and possession of narcotics on April 21, 2007.

18. Defendants knew their false police reports would be relied on by superior officers and Assistant State's Attorneys to determine charges against the plaintiff.

19. Based on the defendants' false reports, plaintiff was charged under case number 07 CR 10515.

20. In case number 07 CR 10515, the State's Attorney's Office dismissed all charges.

21. Plaintiff is innocent of those charges.

WHEREFORE, Plaintiff prays this Court will award him actual and punitive damages as well as costs and reasonable attorney's fees against the defendants for his false arrest.

## COUNT III - STATUTORY INDEMNIFICATION

1-21. Plaintiff re-allege paragraphs 1-21f Counts I and II as paragraphs 1-21 of Count III.

22. At all relevant times 745 ILCS 10/9-102 was in full force and effect.

23. The defendant officers were acting under color of state law and as employees of the City of Chicago.

WHEREFORE, Plaintiff prays the Court will award him actual damages and costs against the City of Chicago.

Respectfully Submitted,

S/ Thomas Peters
THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
312-697-0022