## *United States District Court for the Northern District of Illinois*

Case Number: 08cv1598               Assigned/Issued By:

Judge Name:                         Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP           ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment
                                        _____
☐ Wage-Deduction Garnishment Summons    _____
                                        (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_____Original and _____ copies on _____ as to _____
                                        (Date)
_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05