AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Clement Bradley

V.

Officer L. Garcia, Star #16093, et. al.

CASE NUMBER: **08 C 1598**

ASSIGNED JUDGE:

**JUDGE CONLON**

DESIGNATED
MAGISTRATE JUDGE:

**MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Officer L. Garcia, Star #16093
Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Peters
Kevin Peters
407 S. Dearborn, Suite 1675
Chicago, IL 60605

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes

----
**(By) DEPUTY CLERK**

**March 19, 2008**

----
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/20/08 |
| NAME OF SERVER (PRINT) Mark S. [Illegible] | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: CPD Headquarters 3510 S. Michigan Ave Chicago, IL 60653

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/20/2008

Signature of Server

Address of Server: 407 S. Dearborn St, Ste 1675, Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.