IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 15 2008
May 15 2008
Judge Suzanne B. Conlon
United States District Court

| | |
|---|---|
| CLEMENT BRADLEY, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 08 CV 1598 |
| OFFICERS L. GARCIA, STAR #16093, C. SANCHEZ, STAR #12884 and the CITY OF CHICAGO, | ) JUDGE CONLON |
| | ) MAGISTRATE JUDGE NOLAN |
| Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Thomas Peters
Attorney for plaintiff,
Clement Bradley
Peter & Peters
407- 942 South Dearborn, Suite 790 1675
Chicago, Illinois 60605
(312) 697-0022
Attorney No. 6184460
DATE: _____

_____
Liza M. Franklin
Chief Assistant Corporation Counsel
Attorney for defendants,
Louis Garcia and Carlos Sanchez
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 06216088
DATE: 5/18/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Liza M. Franklin
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 06216088
DATE: 5/18/08

08 C 1598