Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1598 | **DATE** | 5/23/2008 |
| **CASE TITLE** | CLEMENT BRADLEY vs. OFFICERS L. GARCIA, ET AL | | |

**DOCKET ENTRY TEXT**

The parties advise that the case has settled.  The case is dismissed pursuant to the agreed order of dismissal.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|