IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAY 2 2 2008

| | | |
|---|---|---|
| CLEMENT BRADLEY, | ) | JUDGE SUZANNE B. CONLON<br>United States District Court |
| Plaintiff, | )<br>)<br>) NO.08 CV 1598 | |
| vs. | )<br>) JUDGE CONLON | |
| OFFICERS L. GARCIA, STAR #16093, C. SANCHEZ, STAR #12884 and the CITY OF CHICAGO, | ) MAGISTRATE JUDGE NOLAN<br>)<br>)<br>) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff Clement Bradley, by one of his attorneys, Thomas Peters, and defendants, Louis Garcia and Carlos Sanchez, by their attorney, Liza M. Franklin, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Clement Bradley, against defendants, City of Chicago, Louis Garcia and Carlos Sanchez, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Liza .M. Franklin
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0710
Attorney No.06216088

ENTER: *Suzanne B. Conlon*
The Honorable Suzanne B. Conlon
United States District Judge

DATED: 5/30/08